COM.

v.

ROBINSON, L.

**1523 EDA 2016**

Superior Court of Pennsylvania.

06/06/2017

CP–51–CR–1301194–2006
(Philadelphia)

Affirmed

COM.

v.

DEVERO, D.

**2143 EDA 2016**

Superior Court of Pennsylvania.

06/06/2017

CP–51–CR–0002797–2007
(Philadelphia)

Affirmed

COM.

v.

BATISTA, R.

**2268 EDA 2016**

Superior Court of Pennsylvania.

06/06/2017

CP–51–CR–0004269–2015
(Philadelphia)

Affirmed

FEDERAL NAT'L. MORTGAGE ASSN.

v.

SCRIPNICENCU, L.

**3039 EDA 2016**

Superior Court of Pennsylvania.

06/06/2017

No. 2014–04415 (Bucks)
Remanded Jurisdiction Retained

COM.

v.

GILBERT, S.

**3362 EDA 2016**

Superior Court of Pennsylvania.

06/06/2017

CP–15–CR–0001524–2000, (Chester)
Affirmed